EXHIBIT 1

**Slater Slater Schulman LLP**
445 Broad Hollow Road
Suite 334
Melville, New York 11747
United States
212-922-0906



**Selene Braun**

| | |
|---|---|
| **Balance** | $18,920.00 |
| **Invoice #** | 151027 |
| **Invoice Date** | April 14, 2017 |
| **Payment Terms** | |
| **Due Date** | |

**MR Z Towing**

**Time Entries**

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---:|---:|---:|
| 07/24/2013 | AS | Meeting | Initial Meeting | 450.00 | 2.4 | 1,080.00 |
| 07/30/2013 | JS | Review | Case Review | 450.00 | 1.0 | 450.00 |
| 08/19/2013 | AS | Research | Researched law on commissions | 450.00 | 1.5 | 675.00 |
| 08/19/2013 | JS | Calculations | Calculated Damages | 450.00 | 2.6 | 1,170.00 |
| 08/20/2013 | AS | Drafting | Drafted Claim Letter | 450.00 | 2.5 | 1,125.00 |
| 08/20/2013 | JS | Demand Letter | Reviewed and revised demand letter | 450.00 | 0.7 | 315.00 |
| 08/21/2013 | AS | Discussion | Discussed with KK damages | 450.00 | 1.3 | 585.00 |
| 09/03/2013 | JS | Calculations | Revision of damage calculations | 450.00 | 1.5 | 675.00 |
| 09/11/2013 | JS | Correspondence | Correspondence with co-counsel regarding demand letter | 450.00 | 0.2 | 90.00 |
| 09/21/2013 | JS | Complaint | Reviewed, comments to complaint | 450.00 | 1.8 | 810.00 |
| 09/23/2013 | JS | Complaint | Reviewed, comments to complaint, and correspondence | 450.00 | 1.6 | 720.00 |
| 09/24/2013 | AS | Discussion | Conversation with Vijay | 450.00 | 0.2 | 90.00 |
| 10/15/2013 | JS | Meeting with Client(s) | Met with client VB | 450.00 | 0.5 | 225.00 |
| 10/21/2013 | AS | Discussion | Conversation with Vijay | 450.00 | 0.5 | 225.00 |
| 10/22/2013 | JS | Meeting with Client(s) | Meeting with client JR | 450.00 | 1.0 | 450.00 |
| 11/20/2013 | JS | Complaint | Reviewed amended complaint. | 450.00 | 1.0 | 450.00 |
| 01/28/2014 | KH | Preparation | Prepare for conference | 125.00 | 0.6 | 75.00 |
| 01/29/2014 | JS | Conference | Conference at EDNY 1 | 450.00 | 1.0 | 450.00 |

| Date | Initials | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/29/2014 | JS | Travel | Travel 1 hour at $125/hour | 125.00 | 1.0 | 125.00 |
| 02/10/2014 | JS | Correspondence | Correspondence from Defense Counsel | 450.00 | 0.2 | 90.00 |
| 02/11/2014 | AS | Mailing | Sent Clients W2 | 450.00 | 0.1 | 45.00 |
| 02/18/2014 | JS | Phone call | Telephone call with VB and correspondence with KJK | 450.00 | 0.7 | 315.00 |
| 04/07/2014 | JS | Phone call | Telephone call with Vijay; review of contact. | 450.00 | 0.6 | 270.00 |
| 06/25/2014 | JS | Correspondence | Correspondence regarding witnesses | 450.00 | 0.2 | 90.00 |
| 06/26/2014 | JS | Phone call | Telephone call with Alex Fernando | 450.00 | 0.5 | 225.00 |
| 07/07/2014 | AS | Deposition Prep | Telephone Deposition prep with Vijay | 450.00 | 1.5 | 675.00 |
| 07/09/2014 | AS | Deposition Prep | Prepped clients for depositions | 450.00 | 6.0 | 2,700.00 |
| 07/10/2014 | AS | Deposition | Clients Depositions | 450.00 | 7.0 | 3,150.00 |
| 07/18/2014 | JS | Phone call | Telephone call with Alex Fernando | 450.00 | 0.5 | 225.00 |
| 08/04/2014 | JS | Correspondence | Telephone call, correspondence with witness AF, drafting affidavit | 450.00 | 1.2 | 540.00 |
| 08/08/2014 | JS | Correspondence | Correspondence with witness | 450.00 | 0.2 | 90.00 |
| 08/14/2014 | JS | Correspondence | Correspondence with witness | 450.00 | 0.2 | 90.00 |
| 08/19/2014 | JS | Correspondence | Correspondence with witness, co-counsel | 450.00 | 0.4 | 180.00 |
| 08/20/2014 | JS | Correspondence | Correspondence with witness AF, finalizing affidavit | 450.00 | 0.8 | 360.00 |
| 08/20/2014 | JS | Correspondence | Correspondence with witness AF | 450.00 | 0.2 | 90.00 |
| | | | Totals: | | **43.2** | **$18,920.00** |

| | |
|---|---|
| Time Entry Sub-Total: | 18,920.00 |
| **Sub-Total:** | 18,920.00 |
| **Total:** | 18,920.00 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$18,920.00** |