EXHIBIT 2

Vijay Bedasie, Ruddy Diaz, and Jose Rosario

May 1, 2017

Client number     130804

**RE: v. MRZ Towing, et al.**

| DATE | DESCRIPTION | HOURS | LAWYER |
|---|---|---|---|
| Sep-29-13 | File Maintenance, review documents | 1.5 | KJK |
| Sep-30-13 | Telephone conference with client, edit documents, review documents | 1.5 | KJK |
|  | Review file; research damages provisions; revise complaint | 1.4 | NDG |
| Oct-01-13 | Telephone conference with client and A. Slater, Internal Conference, review documents, prepare and review summons | 2.0 | KJK |
| Oct-02-13 | Court appearance to file complaint, travel | 0.8 | KJK |
| Oct-03-13 | Correspondence | 0.1 | KJK |
| Oct-29-13 | Review documents, telephone conference with attorney, correspondences | 0.5 | KJK |
| Nov-20-13 | Review and finalize amended complaint, draft stipulation | 0.8 | KJK |
| Nov-21-13 | Correspondences | 0.1 | KJK |
| Jan-08-14 | Legal research and analysis, edit documents | 0.5 | KJK |
| Jan-09-14 | Review documents, Internal Conference | 0.2 | KJK |
| Jan-10-14 | Draft pre-motion letter | 0.2 | JCC |
|  | Review and edit pre-motion letter, research | 1.3 | NDG |
| Jan-13-14 | Review documents | 0.1 | KJK |
|  | Enter notice of appearance, revise pre-motion letter | 0.9 | NDG |
| Jan-14-14 | Reviewed motion for summary judgment | 1.0 | JCC |
|  | Revise letter, review judge's orders, draft letter to atty re conference | 1.0 | NDG |

| Date | Description | Hours | Initials |
|---|---|---|---|
| Jan-21-14 | Review documents, correspondences | 0.5 | KJK |
| Jan-23-14 | Confer with KJK re initial conference questionnaire | 0.3 | NDG |
| Jan-27-14 | Left msg for atty, emailed atty, telephone conference with atty | 0.7 | NDG |
| Jan-28-14 | Confer with KJK, Telephone conference with atty, email with co-counsel | 0.3 | NDG |
| Jan-29-14 | Telephone conference with client, internal conference, review file for court appearance | 0.5 | KJK |
| | review file, attend Court conf, confer with co-counsel, confer with KJK | 3.1 | NDG |
| Jan-30-14 | Correspondences with L. Omansky | 0.1 | KJK |
| Jan-31-14 | Confer with JCC and KJK | 0.1 | NDG |
| Feb-03-14 | Internal Conference with JCC | 0.1 | KJK |
| | Initial disclosures | 2.2 | JCC |
| Feb-04-14 | Telephone call with Client | 0.1 | JCC |
| Feb-06-14 | Edit Initial Disclosures | 0.2 | JCC |
| | Review initial disclosures, confer with JCC | 0.2 | NDG |
| Feb-10-14 | Email atty, telephone conferences with atty | 0.4 | NDG |
| Feb-11-14 | Email with atty, review documents, confer with co-counsel | 0.4 | NDG |
| Feb-12-14 | Email atty | 0.1 | NDG |
| Feb-14-14 | Discovery Demands | 1.7 | JCC |
| | Confer with KJK, email atty, telephone conference with KJK and atty, review atty filing | 0.4 | NDG |
| Feb-15-14 | Research re: Defendants pre-motion letter, confer with KJK | 1.2 | NDG |
| Feb-16-14 | Research, confer with KJK | 0.8 | NDG |
| Feb-17-14 | Edit documents, internal conference, telephone conference with client | 0.5 | KJK |
| | Research, draft response letter, confer with KJK, review edits | 3.4 | NDG |

| Date | Description | Hours | Atty |
|------|-------------|-------|------|
| Feb-18-14 | Review documents, telephone conference with clients, internal conference with NDG, edit documents | 1.5 | KJK |
| | Revise draft reply letter, research, confer with KJK and co-counsel | 2.5 | NDG |
| Feb-19-14 | Telephone conference with court, review documents, edit documents, file and serve letter, internal conference | 0.8 | KJK |
| | Telephone conference with Court regarding Mr. Z | 0.8 | JCC |
| Feb-20-14 | Review discovery | 0.4 | JCC |
| | Review discovery demands | 0.5 | NDG |
| Feb-21-14 | Implementing Nicole's comments to discovery | 1.1 | JCC |
| | Review draft interrogs, confer with JCC | 0.2 | NDG |
| Feb-24-14 | Mtg with KJK and clients, confer with KJK | 1.6 | NDG |
| Mar-03-14 | Telephone conferences with clients, review documents | 1.1 | KJK |
| | Confer with KJK and JCC, review emails, draft email to co-counsel, review interrogs, revise demands | 1.8 | NDG |
| Mar-04-14 | Review Diaz answer to interrogs, telephone conference with client, draft responses | 1.0 | NDG |
| Mar-05-14 | Review answers from client | 0.2 | NDG |
| Mar-10-14 | Review demands | 0.3 | NDG |
| Mar-11-14 | Prepare and send initial demands | 0.3 | NDG |
| Mar-19-14 | Confer with KJK | 0.1 | NDG |
| Mar-20-14 | Review scheduling order | 0.1 | NDG |
| Mar-27-14 | Review file, draft discovery responses, confer with KJK | 0.9 | NDG |
| Mar-28-14 | Confer with KJK, draft discovery responses | 1.6 | NDG |
| Apr-01-14 | Dratft discovery responses, confer with KJK Telephone conference with client | 1.0 | NDG |
| Apr-04-14 | | 0.1 | JCC |
| Apr-08-14 | Draft response to  interrogatories | 1.2 | JCC |
| | Confer with JCC | 0.1 | NDG |

| Apr-09-14 | Drafting responses to interrogatories | 0.3 | JCC |
|---|---|---|---|
|  | Confer with KJK, telephone conference with client | 0.3 | NDG |
| Apr-10-14 | Drafting responses to interrogatories | 0.6 | JCC |
| Apr-11-14 | Response to interrogatories | 0.5 | JCC |
|  | Review disocvery responses | 0.3 | NDG |
| Apr-14-14 | Draft response to interrogatories | 0.8 | JCC |
| Apr-16-14 | Confer with JCC | 0.1 | NDG |
| Apr-24-14 | Telephone conference with client | 0.1 | JCC |
| Apr-28-14 | Telephone conference with clients | 0.2 | JCC |
|  | Review discovery responses, review and compile docs for production, confer with KJK, email clients | 1.8 | NDG |
| Apr-29-14 | Telephone conference with clients | 0.3 | JCC |
|  | Confer with KJK and JCC | 0.1 | NDG |
| Apr-30-14 | Telephone conference with clients | 0.1 | JCC |
|  | Telephone conference with atty | 0.1 | NDG |
| May-01-14 | Review  response to  interrogatories | 0.3 | JCC |
|  | Confer with JCC, compile discovery docs | 0.7 | NDG |
| May-05-14 | Review and organize  plaintiffs' discovery documents | 0.9 | NDG |
| May-09-14 | Telephone conference with client | 0.2 | JCC |
|  | Redact and bates number discovery docs, confer with JCC | 0.3 | NDG |
| May-13-14 | Confer with KJK, finalize discovery responses, email atty | 1.1 | NDG |
| May-16-14 | Telephone conference with client | 0.1 | JCC |
| May-27-14 | Confer with KJK | 0.1 | NDG |
| Jun-04-14 | Confer with co-counsel and KJK, email atty | 0.1 | NDG |

| | | | |
|---|---|---|---|
| Jun-06-14 | Review scheduling order, confer with co-counsel, confer with JCC, email atty | 0.4 | NDG |
| Jun-11-14 | Correspond with atty | 0.1 | NDG |
| Jun-12-14 | Confer with KJK, review calendar, confer with co-counsel, email with atty | 0.3 | NDG |
| Jun-13-14 | Confer with co-counsel, email with atty | 0.1 | NDG |
| Jun-16-14 | Confer with co-counsel | 0.2 | NDG |
| Jun-17-14 | Confer with KJK | 0.1 | NDG |
| Jun-18-14 | Correspond with atty | 0.1 | NDG |
| Jun-19-14 | Confer with KJK and co-counsel | 0.2 | NDG |
| Jun-20-14 | Correspond with atty | 0.1 | NDG |
| Jun-23-14 | Confer with co-counsel, email with atty | 0.2 | NDG |
| Jun-24-14 | Confer with co-counsel and KJK, email atty | 0.5 | NDG |
| Jun-25-14 | Telephone conference with client | 0.2 | JCC |
| | Confer with KJK and co-counsel, research, draft letter seeking extension of time,  email with atty | 0.8 | NDG |
| Jun-26-14 | Email with atty, confer with KJK and co-counsel, finalize and file letter motion | 0.5 | NDG |
| Jul-03-14 | Email with atty, confer with KJK and co-counse | 0.3 | NDG |
| Jul-08-14 | Confer with KJK and co-counsel | 0.2 | NDG |
| Jul-09-14 | Confer with co-counsel, email atty, telephone conference with atty | 0.2 | NDG |
| Jul-10-14 | Confer with KJK and co-counsel | 0.1 | NDG |
| Jul-11-14 | Confer with co-counsel | 0.1 | NDG |
| Jul-14-14 | Confer with KJK | 0.1 | NDG |
| Jul-16-14 | Confer with co-counsel, review discovery responses, confer with KJK | 0.5 | NDG |
| Jul-18-14 | Confer with co-counsel | 0.1 | NDG |
| Jul-20-14 | Email with atty, confer with KJK | 0.1 | NDG |

| Date | Description | Hours | Initials |
|---|---|---|---|
| Jul-21-14 | Review file, telephone conference with client | 1.5 | KJK |
| | Confer with KJK, email with atty, confer with co-counsel | 0.2 | NDG |
| Jul-22-14 | File maintenance, review documents | 0.5 | KJK |
| | Review file | 0.3 | NDG |
| Jul-23-14 | Review file, prepare for deposition, internal conference | 2.5 | KJK |
| | Review emails, telephone conference with atty, work with KJK on drafting deposition costs  questions | 2.8 | NDG |
| Jul-24-14 | Deposition, review file, correspondences | 4.5 | KJK |
| | Confer with KJK, depositions, confer with co-counsel, review magistrate's rules, telephone conference with atty | 4.6 | NDG |
| Jul-25-14 | Telephone conference with client | 0.3 | KJK |
| | Confer with KJK, draft and file request for extension, email atty | 0.5 | NDG |
| Jul-29-14 | Read deposition transcripts | 0.4 | NDG |
| Jul-31-14 | Read deposition transcripts, research re employer liability | 1.2 | NDG |
| Aug-01-14 | Telephone conference with court, confer with KJK, confer with co-counsel, read transcripts | 1.8 | NDG |
| Aug-04-14 | Confer with KJK, review file, confer with co-counsel, review draft affidavit, review transcripts | 1.5 | NDG |
| Aug-06-14 | Review transcripts | 0.9 | NDG |
| Aug-07-14 | Review and sign cover letter, review transcripts | 0.8 | NDG |
| Aug-08-14 | Confer with co-counsel and KJK | 0.2 | NDG |
| Aug-12-14 | Email with atty, review pay stubs | 0.2 | NDG |
| Aug-13-14 | Email with atty, confer with KJK, review scheduling order confer with co-counsel | 0.3 | NDG |
| Aug-15-14 | Review file, email with atty, telephone  conference with KJK and client, consult with AAE | 0.8 | NDG |
| Aug-16-14 | Confer with co-counsel, confer with KJK, review FRCP, email with atty | 0.2 | NDG |
| Aug-19-14 | Telephone conference with atty and magistrate, review draft cover letter, confer with co-counsel | 0.5 | NDG |

| Aug-20-14 | Review emails, confer with co-counsel, review draft Finardo affidavit | 0.6 | NDG |
| Aug-21-14 | Revise marshal's affidavit, confer with KJK and co-counsel | 0.5 | NDG |
| Aug-22-14 | Research re commissions | 1.0 | NDG |
| Aug-25-14 | Telephone conference with client | 0.4 | KJK |
| | Research re commissions, confer with KJK | 1.4 | NDG |
| Aug-26-14 | Confer with KJK | 0.1 | NDG |
| Sep-02-14 | Correspondence from counsel, conference with NDG regarding correspondence and preparations for premotion conference letter to court, telephone conference with client, edit letter for premotion conference, review each of plaintiffs depositions in preparation of client meeting | 2.8 | KJK |
| | Drafted letter to Court for conference on cross-motion for summary judgement; review file; Shepardized current labor law cases cited in previous letter | 1.2 | MLS |
| | Confer with KJK and MLS, email with atty, review deposition transcript, review and revise pre-motion letter | 2.0 | NDG |
| Sep-03-14 | Meeting with client, review letter for premotion conference, review file in preparation for meeting | 3.1 | KJK |
| | Confer with KJK, review and edit revised letter | 0.8 | NDG |
| Sep-04-14 | Review transcripts, email with atty, confer with KJK, review cover letter | 0.4 | NDG |
| Sep-11-14 | Confer with KJK re pre-motion letter | 0.1 | NDG |
| Sep-12-14 | Correspondences with co-counsel | 0.3 | KJK |
| | Review emails, confer with KJK and co-counsel | 0.2 | NDG |
| Sep-16-14 | Review letter from opposing counsel, correspondences with NDG | 0.5 | KJK |
| | Review letter from Mr. Omansky, correspondences with NDG | 0.4 | KJK |
| | Finalize and file pre-motion letter | 0.6 | NDG |
| Sep-17-14 | Internal Conference with NDG regarding response to pre motion letter, legal research and analysis on spoliation | 0.8 | KJK |
| | Conducted research on spoliation of evidence and negative inferences. | 0.8 | MLS |
| | Review defendants' pre-motion letter, confer with KJK and co-counsel, confer with MLS | 1.2 | NDG |

| | | | |
|---|---|---|---|
| Sep-18-14 | Researched broad definition of employer and fees for spoliation of evidence cases | 1.2 | MLS |
| | Confer with MLS | 0.1 | NDG |
| Sep-19-14 | Review file, internal conference regarding responding to letter from Mr. Omansky | 0.3 | KJK |
| | Email with atty, confer with KJK and MLS, review outline of response letter re pre-motion conference | 0.8 | NDG |
| Sep-20-14 | Shepardized all cases referenced and edited draft of letter to judge | 2.0 | MLS |
| Sep-21-14 | Review draft letter, confer with KJK and MLS | 0.5 | NDG |
| Sep-22-14 | Review correspondence from court through ECF | 0.1 | KJK |
| | Incoropated KK and NG's edits to letter and did additional research on commissions and negative inferences under Rule 11 | 2.5 | MLS |
| | Confer with MLS and KJK, review and edit revised draft | 1.6 | NDG |
| Sep-23-14 | Edited letter to Court and opposing counsel and told Nicole she could review it. | 1.0 | MLS |
| | Review and revise letter, confer with KJK, confer with MLS, review defendants letter | 3.3 | NDG |
| Sep-24-14 | Confer with KJK, confer with MLS | 0.2 | NDG |
| Sep-26-14 | Telephone conference with client | 0.1 | NDG |
| Sep-30-14 | Confer with MLS | 0.1 | NDG |
| Oct-06-14 | Confer with co-counsel, review email from client | 0.1 | NDG |
| Oct-08-14 | Confer with KJK, confer with KJK and co-counsel, telephone conference with clients | 1.0 | NDG |
| Oct-09-14 | Confer with KJK, review file, review calculations, research, pre-motion conference, confer with MLS | 5.3 | NDG |
| Oct-10-14 | Legal team meeting on Mr. Z summary judgment motion; indexing depsoition testimony and interogatories, and conducting research payroll stub violations | 5.0 | MLS |
| | Confer with co-counsel and KJK, confer with MLS and KJK re sumary judgment, telephone conference with KJK and client, review transcripts | 2.2 | NDG |
| Oct-12-14 | Research re defendants' rebuttal, confer with KJK | 1.5 | NDG |

| Date | Description | Hours | Initials |
|---|---|---|---|
| Oct-14-14 | Legal research for summary judgment motion | 2.0 | MLS |
| | Research re paystubs and waiver, confer with MLS, research re defendants' burden, research re presumed work week | 2.9 | NDG |
| Oct-15-14 | Research on statutory interpretation for waiver of  payroll stubs; Edited summary point for Mr. Z. | 3.5 | MLS |
| | Confer with KJK, confer with MLS, review draft portion of motion, research waiver issue, research leg history | 1.3 | NDG |
| Oct-16-14 | Editing and sent final version of payroll stub point on SJ motion to N.G. | 1.5 | MLS |
| | Confer with MLS, review draft protion of motion, review research, research re 56.1 statement | 0.5 | NDG |
| Oct-17-14 | Taking notes on deposition transcripts | 2.0 | MLS |
| | Confer with MLS, search for and review sj samples, start drafting memo | 1.3 | NDG |
| Oct-20-14 | Notes on deposition testimony of all witnesses on all pertinent topics | 6.2 | MLS |
| | Review MLS deposition notes, draft memo of law | 0.6 | NDG |
| Oct-21-14 | Confer with KJK, confer with MLS, draft memo of law | 2.0 | NDG |
| Oct-22-14 | Go through deposition testimonies and started drafting affidavits | 3.0 | MLS |
| | Confer with MLS, review research draft memo | 1.5 | NDG |
| Oct-23-14 | Revise deposition citations in affidavits | 1.0 | MLS |
| | Confer with KJK, confer with MLS | 0.1 | NDG |
| Oct-26-14 | Review draft affs, research, confer with MLS; Telephone conference with client, review spreadsheet,  confer with KJK, draft memo of law,  review depo transcript, review calculations | 5.0 | NDG |
| Oct-27-14 | Internal Conference with NDG regarding affidavits and clients communications, edit damage documents, | 0.8 | KJK |
| | Revise affidavits and calculations | 4.0 | MLS |
| Oct-28-14 | Revise affidavit | 0.2 | MLS |
| | Review draft affidavits, review calculations, leave msg for client, draft Rule 59.1 Statement | 1.4 | NDG |

| Oct-29-14 | Draft Rule 56.1 Statement, revise affidavits, draft memo of law | 4.3 | NDG |
|---|---|---|---|
| Oct-30-14 | Review and edit affidavits, internal conference with NDG regarding affidavits | 0.5 | KJK |
| | Telephone conference with clients, revise Rule 56 statement, revise memo of law, confer with KJK, revise affidavits | 2.8 | NDG |
| Oct-31-14 | Edit affidavits, edit and revise damages summary, internal conference with NDG regarding claims and strategy for motion for summary judgment | 0.9 | KJK |
| | Confer wth KJK, revise affs, redo calculations | 1.2 | NDG |
| Nov-03-14 | Confer with KJK and MLS, revise affs, telephone conference with client, review spreadsheet, mtg with clients, revise Rule 56.1 statement | 4.3 | NDG |
| Nov-04-14 | Sent additional case research for NG for summary judgment motion on points about minimum wage and spread of hours | 0.8 | MLS |
| | Revise rule 56.1 statement, draft memo of law, research, confer with MLS, review spreadsheets | 4.5 | NDG |
| Nov-05-14 | Edit Documents for motion, review documents for motion,  including damage charts, declaration and memorandum of  law, confer with NDG, review court rules | 1.8 | KJK |
| | Double checking NG's factual citations on her summary judgment motion and that all pages are included for exhibits to motion and drafted notice of motion | 2.5 | MLS |
| | Revise memo of law, confer with MLS, revise Rule 56 Statement, draft affirmation, confer with  KJK, review notice of motion | 5.4 | NDG |
| Nov-06-14 | Edit Documents for motion, review documents for motion,  including damage charts, declaration and memorandum of  law, confer with NDG to finalize motion | 1.5 | KJK |
| | Review spreadsheets, revise memo of law, revise affirmation, revise notice, draft tables of contents and authorities, prepare exhibits, finalize documents, draft cover letter, confer with MLS, send and file | 5.8 | NDG |
| Nov-18-14 | Telephone conference with client | 0.2 | NDG |
| Nov-20-14 | Confer with KJK, telephone conference with atty | 0.1 | NDG |

| Date | Description | Hours | Attorney |
|---|---|---|---|
| Dec-09-14 | Confer with MLS | 0.1 | NDG |
| Dec-10-14 | Researched unnotarized affidavits on Lexis and sent to NG, review file, review motions | 3.3 | MLS |
| Dec-11-14 | Confer with KJK, confer with MLS, review opposition papers | 0.2 | NDG |
| Dec-12-14 | Review opposition papers, review file, research re oppositon | 3.1 | NDG |
| Dec-15-14 | Confer with KJK, confer with MLS, telephone conference with client, research re opposition | 4.3 | NDG |
| Dec-16-14 | Research re opposition | 1.1 | NDG |
| Dec-17-14 | Review opposition, internal conference NDG regarding reply to motion, review documents related to motion | 1.5 | KJK |
| | Draft reply memo | 3.1 | NDG |
| Dec-18-14 | Review and revise opposition to motion, internal conference regarding issues on opposition with NDG | 1.1 | KJK |
| | Draft reply memo, confer with KJK | 7.2 | NDG |
| Dec-19-14 | Finalize, serve, and file reply papers, prepare courtesy copies and cover letter for court, confer with KJK | 2.7 | NDG |
| Jan-15-15 | Prepare for oral argument | 0.8 | NDG |
| Jan-16-15 | Review file, preparation for oral arg, attend oral argument and scheduling conf, research, confer with KJK; Telephone conference with atty | 5.2 | NDG |
| Jan-18-15 | Research re knowledge requirement under NYLL, research re coextensive application of definitions under FLSA and NYLL | 2.0 | NDG |
| Jan-19-15 | Confer with KJK, review deposition costs transcripts | 0.3 | NDG |
| Jan-21-15 | Internal Conference with NDG regarding defs new discovery demands | 0.3 | KJK |
| | Draft discovery demands re revenue, confer with KJK, finalize and send | 1.0 | NDG |
| Feb-09-15 | Email with atty, confer with KJK, telephone conference with chambers, draft and file letter to court | 0.8 | NDG |
| Feb-11-15 | Review order, confer with KJK | 0.1 | NDG |
| Feb-26-15 | Telephone conference with client | 0.2 | NDG |
| Feb-27-15 | Teleconference with atty and magistrate, telephone conference with atty, telephone conference with client | 0.8 | NDG |

| Mar-04-15 | Confer with KJK | 0.1 | NDG |
|---|---|---|---|
| Mar-13-15 | Review pre-trial order requirements, confer with KJK | 0.5 | NDG |
| Mar-19-15 | Draft pre-trial order, telephone conference with magistrate's chambers, research | 1.9 | NDG |
| Mar-23-15 | Confer with KJK, email co-counsel | 0.1 | NDG |
| Mar-24-15 | Draft JPTO | 1.4 | NDG |
| Mar-25-15 | Research, revise JPTO | 1.7 | NDG |
| Mar-26-15 | Review exhibits and transcripts for JPTO | 1.1 | NDG |
| Mar-27-15 | Confer with KJK | 0.2 | NDG |
| Apr-01-15 | Revise and finalize proposed JPTO, confer with KJK, email atty | 5.7 | NDG |
| Apr-07-15 | Confer with KJK, email atty | 0.1 | NDG |
| Apr-13-15 | Telephone conference with atty | 0.2 | NDG |
| Apr-22-15 | Review judge's rules, confer with KJK | 0.3 | NDG |
| Apr-30-15 | Telephone conference with client | 0.1 | NDG |
| May-06-15 | Review and edit letter to Court, review correspondences from opposing counsel, review discovery demands to determine if information was disclosed | 1.2 | KJK |
| | Draft letter to magistrate, finalize letter and JPTO, fax and file, email with atty | 2.4 | NDG |
| May-07-15 | Review and edit letter to Court | 0.3 | KJK |
| | Review atty letter, review defs' jpto, review case law, confer with KJK, draft and file letter to court | 2.0 | NDG |
| May-11-15 | Emailed with court reporter | 0.2 | AJS |
| | Confer with AS | 0.1 | NDG |
| May-12-15 | Review Defendants' submissions, draft and file letter to court | 0.7 | NDG |
| May-14-15 | Telephone conference with chambers, confer with KJK, confer with AJS | 0.2 | NDG |
| May-15-15 | Telephone conference with magistrate and atty, confer with KJK | 0.8 | NDG |

| | | | |
|---|---|---|---|
| May-18-15 | Confer with AJS, email atty, telephone conference with client | 0.2 | NDG |
| May-19-15 | Telephone conference with chambers re JPTO deadline | 0.1 | NDG |
| May-21-15 | Review transcript of summary judgment argument, email with atty | 0.6 | NDG |
| May-26-15 | Leave msg for client, telephone conference with client | 0.2 | NDG |
| May-28-15 | Email with atty | 0.1 | NDG |
| Jun-01-15 | Review JPTO, telephone conference with atty, confer with KJK | 0.8 | NDG |
| Jun-05-15 | Review revised JPTO, email with atty | 0.3 | NDG |
| Jun-08-15 | Email with atty | 0.1 | NDG |
| Jun-09-15 | Email with atty (confer with KJK | 0.2 | NDG |
| Jun-10-15 | Confer with KJK | 0.1 | NDG |
| Jun-11-15 | Review premotion letter and exhibits | 0.5 | KJK |
| | Revise JPTO, email atty, review transcripts, confer with KJK | 1.8 | NDG |
| Jun-12-15 | Internal Conference with NDG regarding strategy to respond to premotion letter | 0.3 | KJK |
| | Review atty pre-motion letter and attachments, email atty, confer with KJK | 0.5 | NDG |
| Jun-14-15 | Review premotion response letter | 0.5 | KJK |
| | Draft response letter re JPTO, email with atty, revise JPTO, confer with KJK | 3.2 | NDG |
| Jun-15-15 | Edit JPTO, internal conference with NDG regarding JPTO and pre-motion response letter | 1.1 | KJK |
| | Confer with KJK, finalize proposed JPTOs, draft cover letter, finalize letter response, prepare exhibits, file, finalize  and fax cover letter and JPTOs, email atty | 3.9 | NDG |
| Jun-23-15 | Review reply letter from atty, confer with KJK | 0.3 | NDG |
| Jun-26-15 | Confer with KJK | 0.1 | NDG |
| Jul-01-15 | Telephone conference with client | 0.4 | NDG |
| Jul-02-15 | Email with co-counsel | 0.1 | NDG |

| Date | Description | Hours | Initials |
|---|---|---|---|
| Jul-06-15 | Confer with KJK | 0.2 | NDG |
| Jul-16-15 | Email atty, review pre-motion letters, teleconf with magistrate and atty, confer with KJK | 1.6 | NDG |
| Jul-17-15 | Telephone conferences with clients, revise JPTO, email atty | 1.1 | NDG |
| Jul-20-15 | Email with atty | 0.1 | NDG |
| Jul-21-15 | Email with atty, confer with KJK | 0.2 | NDG |
| Jul-22-15 | Revise proposed JPTO, email atty | 0.2 | NDG |
| Jul-23-15 | Drafted letter to Judge Go | 0.2 | AJS |
|  | Research, revise JPTO, email with atty,Telephone conference with atty, Telephone conference with client, review and revise letter to magistrate | 1.6 | NDG |
| Jul-29-15 | Confer with KJK, Telephone conference with client | 0.2 | NDG |
| Jul-30-15 | Confer with KJK, email with atty | 0.2 | NDG |
| Jul-31-15 | Email with atty, confer with KJK | 0.2 | NDG |
| Aug-03-15 | Telephone conference with chambers, fax chambers, review Defs' letter submission, email with atty, research draft opposition letter | 3.4 | NDG |
| Aug-04-15 | Reviewed and revised letter to court | 0.3 | AJS |
|  | Revise opposition letter, revise draft JPTO, confer with KJK, finalize and file | 3.6 | NDG |
| Aug-05-15 | Email with atty, confer with KJK | 0.2 | NDG |
| Aug-11-15 | Confer with KJK, review motion letter, draft opposition, finalize and file opposition | 1.3 | NDG |
| Aug-13-15 | Review Defs' reply letter, confer with KJK | 0.3 | NDG |
| Aug-14-15 | Review court orders, confer with KJK, review opposition letter | 0.5 | NDG |
| Aug-18-15 | Confer with KJK | 0.1 | NDG |
| Aug-20-15 | Telephone conference with atty, correspond with atty | 0.2 | NDG |
| Aug-21-15 | Correspond with atty | 0.1 | NDG |
| Aug-25-15 | Telephone conference with court and attorney, amend proposed JPTO, Telephone conference with  atty, research re inadmissible evidence and refreshing  recollection, correspond with atty, file JPTO | 2.2 | NDG |

| | | | |
|---|---|---|---|
| Aug-26-15 | Review and revise deposition invoice, confer with KJK, correspond with atty, review documents, review magistrate's order, Telephone conference with Client | 1.2 | NDG |
| Sep-03-15 | Correspond with atty | 0.1 | NDG |
| Sep-09-15 | Review emails | 0.1 | NDG |
| Sep-10-15 | Correspond with atty, Telephone conference with clients | 0.3 | NDG |
| Sep-11-15 | Correspond with atty, confer with KJK | 0.1 | NDG |
| Sep-15-15 | Telephone conference with client | 0.1 | NDG |
| Sep-18-15 | Correspond with atty | 0.1 | NDG |
| Sep-21-15 | Telephone conference with co-counsel | 0.1 | NDG |
| Sep-22-15 | Confer with KJK, correspond with atty | 0.3 | NDG |
| Sep-24-15 | Telephone conference with client, draft letter to client | 0.3 | NDG |
| Sep-29-15 | Research re Fees app, confer with KJK | 2.3 | NDG |
| Oct-01-15 | Correspond with atty | 0.1 | NDG |
| Oct-05-15 | Leave messages for clients | 0.1 | NDG |
| Oct-06-15 | Confer with KJK, draft letter to atty, correspond with atty | 0.4 | NDG |
| Oct-13-15 | Telephone conference with client, correspond with atty | 0.2 | NDG |
| Oct-16-15 | Review file, Telephone conference with atty | 0.2 | NDG |
| Oct-26-15 | Review file, draft satisfaction of judgment, email judgment  clerk, Telephone conference with client | 0.6 | NDG |
| Oct-27-15 | Confer with KJK, correspond with atty | 0.2 | NDG |
| Oct-28-15 | Review signed PTO | 0.1 | NDG |
| Nov-04-15 | Review file, draft correspondence to court, confer with KJK | 1.5 | NDG |
| Nov-05-15 | Finalize letter to court, prepare exhibits, file | 0.7 | NDG |
| Nov-06-15 | Telephone conference with client | 0.1 | NDG |
| Nov-09-15 | Confer with KJK, review file | 0.2 | NDG |
| Nov-10-15 | Confer with KJK, correspond with atty | 0.2 | NDG |

| | | | |
|---|---|---|---|
| Nov-11-15 | Telephone conference with atty, confer with KJK | 0.2 | NDG |
| Nov-12-15 | Review filing by def, confer with KJK | 0.2 | NDG |
| Nov-18-15 | Prepare for Telephone conference with court, Telephone conference with court, Telephone conference with atty, | 0.6 | NDG |
| Nov-20-15 | Confer with KJK | 0.1 | NDG |
| Nov-23-15 | Prepare consent to magistrate, correspond with atty, review damages, Telephone conference with court, Telephone conference with client | 0.8 | NDG |
| Nov-25-15 | Correspond with atty | 0.1 | NDG |
| Nov-29-15 | Review Tax Payment returns, confer with KJK, correspond with atty | 0.8 | NDG |
| Dec-03-15 | Correspond with atty | 0.1 | NDG |
| Dec-07-15 | Telephone conference with atty, correspond with atty, Telephone conference with court and  atty, Telephone conference with client | 0.6 | NDG |
| Dec-08-15 | Telephone conference with client,  Telephone conference with atty | 0.3 | NDG |
| Dec-18-15 | Telephone conference with atty, Telephone conference with client | 0.2 | NDG |
| Dec-21-15 | Telephone conference with client | 0.2 | NDG |
| Jan-04-16 | Correspond with atty | 0.1 | NDG |
| Jan-08-16 | Telephone conference with clients | 0.2 | NDG |
| Jan-11-16 | Telephone conference with atty | 0.1 | NDG |
| Jan-12-16 | Correspond with atty, confer with KJK, sign and file consent for magistrate | 0.3 | NDG |
| Jan-13-16 | Telephone conference with atty and court, confer with KJK, Telephone conference with client | 0.6 | NDG |
| Jan-14-16 | Telephone conference with client | 0.1 | NDG |
| Jan-19-16 | Telephone conference with magistrate | 0.1 | NDG |
| Jan-24-16 | Correspond with atty, review documents, confer with  KJK | 0.4 | NDG |
| Jan-28-16 | Telephone conference with court clerk, Telephone conference with atty, Telephone conference with atty and court | 0.4 | NDG |

| | | | |
|---|---|---|---|
| Feb-02-16 | Telephone conference with KJK and client, confer with KJK, Telephone conference with atty | 0.3 | NDG |
| Feb-03-16 | Confer with KJK | 0.1 | NDG |
| Feb-05-16 | Confer with KJK, correspond with atty | 0.1 | NDG |
| Feb-10-16 | Review file, Telephone conference with client | 0.4 | NDG |
| Feb-11-16 | Telephone conference with client, confer with KJK | 0.3 | NDG |
| Feb-16-16 | Correspond with atty, prepare for conference, Review file, correspond with atty, confer with KJK, court conference, leave msgs for clients, Telephone conference with clients | 2.6 | NDG |
| Mar-07-16 | Confer with KJK | 0.1 | NDG |
| Mar-08-16 | Confer with NG re: motions in limine; Legal Research re: motions in limine; Confer with KJK | 1.3 | AJS |
| | Confer with AJS | 0.1 | NDG |
| Mar-09-16 | Draft motions in limine; Confer with KJK | 3.7 | AJS |
| Mar-10-16 | Draft Motions in Limine | 3.9 | AJS |
| | Confer with KJK and AJS, review transcript of Gary Rose | 0.7 | NDG |
| Mar-11-16 | Revise motions in limine; Confer with NG | 1.7 | AJS |
| | Review and revise motions in limine, confer with KJK and AJS | 1.4 | NDG |
| Mar-14-16 | Confer with KJK, revise motions in limine | 2.3 | NDG |
| Mar-15-16 | Confer with NDG, review motions | 0.5 | KJK |
| | Draft Notices of Motion for motions in limine | 0.4 | AJS |
| | Revise motions in limine, confer with KJK,  draft affs, finalize and file everything | 3.0 | NDG |
| Mar-22-16 | Revise defendants' opposition | 0.2 | NDG |
| Mar-23-16 | Telephone conference with atty, research re presumption of receipt, draft and file oppsotion letter re motions in limine extension | 0.8 | NDG |
| Mar-29-16 | Review Defendants' opposition to Plaintiffs' Motion in Limine No. 3; Confer with NG; Draft Reply Affirmation of NG in further support of Plaintiffs' Motion in Limine No. 3 | 3.5 | AJS |
| | Confer with AJS, review oppositions, revise and finalize reply to motion 3, review cross-motion, draft correspondence to court | 1.9 | NDG |

| | | | |
|---|---|---|---|
| Apr-01-16 | Telephone conference with court | 0.1 | NDG |
| Apr-04-16 | Confer with KJK, review file, review reply declaration | 0.7 | NDG |
| Apr-05-16 | Review reply papers for motions in limine | 0.2 | KJK |
| | Review and revise reply declarations for motions in limine, research, finalize and file, review defs' cross-motion | 3.0 | NDG |
| Apr-06-16 | Confer with KJK | 0.1 | NDG |
| Apr-07-16 | Confer with KJK | 0.1 | NDG |
| Apr-11-16 | Confer with NDG, review opposition to cross-motion in limine | 0.7 | KJK |
| | Review magistrate's rules, review and revise opposition to cross-motion in limine, Telephone conference with court, finalize and file opposition, confer with KJK | 1.8 | NDG |
| Apr-12-16 | Confer with KJK, pre-trial prep | 2.9 | NDG |
| Apr-13-16 | Confer with NDG, prepare for client mtgs, review file | 1.2 | KJK |
| | Confer with KJK, prepare for client mtgs, prepare pre-trial submissions | 4.9 | NDG |
| Apr-14-16 | Mtg with clients for trial preparations | 3.1 | KJK |
| | Confer with KJK, Telephone conference with colleague re getting damages chart into evidence, prepare pretrial submissions, mtg with clients | 4.1 | NDG |
| Apr-15-16 | Confer with KJK, prepare pretrial submissions | 1.9 | NDG |
| Apr-17-16 | Confer with KJK re: damages chart; Review damages chart; Correspond with NG and KJK re: suggested revisions to damages chart | 1.6 | AJS |
| | Prepare pretrial submissions, research, confer with KJK and AJS | 4.0 | NDG |
| Apr-18-16 | Confer with KJK re: damages spreadsheet; Revise damages spreadsheet; Confer with KJK; Confer with NG; Review and revise pre-trial memo | 5.8 | AJS |
| | Prepare pretrial submissions, confer with KJK and AJS, Telephone conference with client, finalize and file | 6.8 | NDG |
| Apr-19-16 | Telephone conference with court, prepare for conference, pretrial conf | 2.5 | NDG |
| Apr-20-16 | Review Order and Memorandum, confer with KJK | 0.4 | NDG |
| Apr-21-16 | Review file, Telephone conference with client, confer with KJK | 0.6 | NDG |

| Date | Description | Hours | Initials |
|---|---|---|---|
| Apr-22-16 | Review defs' pretrail submissions, draft correspondence to court, fianlize and file, prepare for trial, review subpoena cover letter and acknowledgement of service | 1.7 | NDG |
| Apr-25-16 | Confer with NDG for trial prep | 0.3 | KJK |
| | Confer with KJK, review file, Telephone conference with Finardo | 1.2 | NDG |
| Apr-26-16 | Confer with NDG | 0.5 | KJK |
| | Review transcripts, confer with KJK, prepare for trial | 3.3 | NDG |
| Apr-27-16 | Confer with NDG, review file and documents in preparation for client meeting | 2.1 | KJK |
| | Confer with KJK, prepare for trial | 4.9 | NDG |
| Apr-28-16 | Prepare for trial, mtgs with clients, confer with NDG, revise direct questions for Rosario | 6.1 | KJK |
| | Confer with KJK re: damages charts; Prepare to testify re: damages chart | 3.1 | AJS |
| | Prepare for trial, mtgs with clients, confer with KJK, revise direct questions, revise opening statement | 7.0 | NDG |
| Apr-29-16 | Assist NDG in opening statement, review and practice testimony with AJS | 2.3 | KJK |
| | Practice testimony re: damages chart; Trial prep | 1.1 | AJS |
| | Prepare for trial, review trial books, revise and practice opening statement, practice AS testimony | 4.3 | NDG |
| Apr-30-16 | Practice testimony, continue review of direct and cross for preparations for trial, reveiw transcripts | 2.1 | KJK |
| | Review footnotes in damages chart; Confer with KJK; Practice testimony on damages chart | 1.2 | AJS |
| | Confer with KJK, review pretrial submissions | 0.2 | NDG |
| May-01-16 | Trial preparations | 0.5 | KJK |
| | Trial preparations | 1.2 | NDG |
| May-02-16 | Trial and continued preparations for trial | 8.1 | KJK |
| | Confer with KJK re: damages chart, testifying | 0.3 | AJS |
| | Trial and continued preparations for trial | 8.6 | NDG |
| May-03-16 | Trial and continued preparations for trial | 7.5 | KJK |
| | Trial and continued preparations for trial | 7.0 | NDG |

| May-04-16 | Trial | 3.0 | KJK |
|---|---|---|---|
| | Trial | 3.0 | NDG |
| May-05-16 | Confer with KJK, review damages, correspond with atty | 0.3 | NDG |
| May-09-16 | Research for post-trial brief | 1.0 | NDG |
| May-10-16 | Research for post-trial briefing | 0.8 | NDG |
| May-12-16 | Correspond with court reporter, correspond with atty, read trial transcript | 1.1 | NDG |
| May-14-16 | Review trial transcript | 0.5 | NDG |
| May-16-16 | Review trial transcript | 0.9 | NDG |
| May-17-16 | Telephone conference with client, confer with KJK | 0.2 | NDG |
| May-18-16 | Review transcript for damages recalculations, confer with KJK | 1.3 | NDG |
| May-24-16 | Correspond with court reporter | 0.1 | NDG |
| May-25-16 | Correspond with court reporter, correspond with atty, review trial transcript | 2.3 | NDG |
| May-27-16 | Correspond with atty, review transcript | 1.5 | NDG |
| May-31-16 | Review transcript, confer with KJK re damage calculations, correspond with atty | 1.0 | NDG |
| Jun-01-16 | Correspond with atty | 0.1 | NDG |
| Jun-02-16 | Correspond with atty | 0.1 | NDG |
| Jun-03-16 | Correspond with atty, review correspondence | 0.2 | NDG |
| Jun-20-16 | Confer with KJK | 0.1 | NDG |
| Jun-22-16 | Review trial evidence, confer with NDG, review and revise statement of damages for post trial brief, review and revise damage calculations and footnotes | 2.5 | KJK |
| | Review transcripts, draft post-trial brief, confer with KJK | 2.8 | NDG |
| Jun-23-16 | Continue drafting and editing statement of damages and revising damage calculations per trial evidence | 1.2 | KJK |
| | Review revised calculations, confer with KJK, draft post-trial brief | 3.2 | NDG |

| Date | Description | Hours | Attorney |
|---|---|---|---|
| Jun-24-16 | Revise footnotes with explanations and damage calculations | 2.4 | KJK |
| | Telephone conference with client, confer with KJK, draft post trial brief | 5.4 | NDG |
| Jun-26-16 | Draft post-trial brief, research, confer with KJK | 3.4 | NDG |
| Jun-27-16 | Client meeting, review post trial memo, review calculations with clients, review Defendants' submissions | 2.4 | KJK |
| | Review and revise post-trial brief; Confer with KJK; Confer with NG | 2.5 | AJS |
| | Review post-trial brief citations to trial transcripts. | 1.5 | JFC |
| | Revise and finalize post-trial brief, confer with KJK, file | 9.7 | NDG |
| Jun-28-16 | Review Defs' post-trial submission, confer with KJK | 1.0 | NDG |
| Jan-18-17 | Telephone conference with court, Telephone conference with client | 0.1 | NDG |
| Mar-27-17 | Read decision and order, confer with KJK, review and revise proposed judgment, send to judgment clerk | 1.3 | NDG |
| Mar-29-17 | Telephone conference with court re jdugment, draft correspondence to court | 0.4 | NDG |
| Apr-03-17 | Confer with KJK | 0.1 | NDG |
| Apr-27-17 | Draft memorandum of law, review and revise time records | 2.7 | NDG |
| Apr-28-17 | Draft memorandum of law | 1.3 | NDG |
| May-1-17 | Edit memorandum of law, draft declaration | 4.5 | NDG |
| May-1-17 | Edit memorandum of law, revise time records | 1.5 | KJK |
| | Total Time | 558.85 | |

## Attorney Summary

| Attorney | | Rate | Hours | Amount |
|---|---|---|---|---|
| KJK | Kenneth Katz | $400 | 90.40 | $36,160.00 |
| AJS | Adam Sackowitz | $275 | 30.80 | $8,470.00 |
| JCC | Jennifer Chandler | $225 | 12.65 | $2,846.25 |
| ■■■ | ■■■■■■■■ | ■■■ | ■■■ | ■■■■ |
| MLS | Meredith Singer | $225 | 52.30 | $11,767.50 |
| NDG | Nicole Grunfeld | $350 | 360.40 | $126,140.00 |