EXHIBIT 4

# Katz Melinger PLLC
280 Madison Avenue, Suite 600
New York, NY 10016

Ph:212.460.0047  www.KatzMelinger.com  Fax:212.428.6811

| | | |
|---|---|---|
| Vijay Bedasie | | September 1, 2017 |
| NY | Client number | 130804 |
| | Inv #: | 1281 |

**RE:   v. MRZ Towing and Frank Pujols**

| DATE | DESCRIPTION | HOURS | LAWYER |
|---|---|---|---|
| May-31-17 | Telephone conference with court re fee application | 0.1 | NDG |
| Jul-11-17 | Telephone conference with court re fee application, Telephone conference with client | 0.2 | NDG |
| Aug-14-17 | Legal Research and analysis on CPLR 5229, draft letter motion for restraining notice, confer with NG regarding opposition to extension of time and motion on CPLR 5229 | 0.8 | KJK |
| | Review order on fees, review correspondence from atty, confer with KJK, review and revise correspondence to court | 1.5 | NDG |
| Aug-25-17 | Review Defs' opposition to CPLR 5229 motion, correspond with counsel for defendants, review cases cited by Defs | 0.5 | KJK |
| | Review Defendants' opposition to Plaintiffs' motion for attorneys' fees | 0.4 | AJS |
| Aug-26-17 | Review Defs' opposition to fees, correspond with NG regarding legal strategey, review file for documents demonstrating the falsity of Defs' counsels' statements that Plaintiffs only settlement demands was 1,800,000 | 1.3 | KJK |
| Aug-28-17 | Correspondences with Defs' counsel, telephone conference with counsel, telephone conferences with each of Plaintiffs, review correspondence from counsel | 1.6 | KJK |
| | Confer with KJK; Confer with NG; Legal Research re: appeal bonds; Draft letter to Court re: Defendants' proposed order; Correspond with NG | 0.9 | AJS |
| | Review Defs' opposition to fees, review case filings and emails re amounts sought and settlement discussions, confer with KJK and AJS | 0.9 | NDG |

| Date | Description | Hours | Attorney |
|---|---|---|---|
| Aug-29-17 | Telephone conference with clients, draft and send correspondence to counsel, reveiw correspondence from counsel, confer with NDG | 0.4 | KJK |
| | Confer with KJK re possible settlement, review and revise correspondence to atty re settlement, research for reply to opposition re fees | 3.1 | NDG |
| Aug-30-17 | Draft correspondence to court for extension of time, correspond with counsel, review filed documents on docket in connection with drafting procedural and factual history of the case, including noting all of Defs' motions, requests for extensions of times, orders of sanctions against Defs, notations on deadlines ignored by Defs, to demonstrate the significant additional work that Defs' counsel has caused Plaintiffs counsel to perform in this case due to their lack of regard for Court procedures and deadlines | 1.9 | KJK |
| | Research for fees reply, confer with KJK re reply, review and revise correspondence to court seeking extension | 3.4 | NDG |
| Aug-31-17 | Draft declaration, review time records, confer with NG regarding finalizing of motion, review memorandum of law | 2.1 | KJK |
| | Correspond with NG | 0.1 | AJS |
| | Draft reply memo, review and revise affirmation | 4.7 | NDG |
| Sep-01-17 | Review and revise reply brief, Declaration of KJK; Confer with NG; | 3.0 | AJS |
| | Finalize reply affirmation, prepare exhibits, finalize memo of la | 1.4 | NDG |

Total Hours                                                                    28.30

**Balance Now Due**                                                **$9,292.50**

TAX ID Number    46-1166512                               Balance Due Upon Receipt

---

Attorney Summary

| Attorney | | Rate | Hours | Amount |
|---|---|---|---|---|
| KJK | Kenneth Katz | $400.00 | 8.60 | $3,440.00 |
| NDG | Nicole Grunfeld | $325.00 | 15.30 | $4,972.50 |
| AJS | Adam Sackowitz | $200.00 | 4.40 | $880.00 |